FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 01 2018

JAMES W. McCORMACK, CLERK
By:_____
　　　　　　　　　　　　DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:18-CR- 00224 DPM |
| | ) | |
| v. | ) | Violation: |
| | ) | |
| SIRDALEON ADROW | ) | 18 U.S.C. § 922(g)(1) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

A.　　Prior to September 20, 2017, the defendant,

**SIRDALEON ADROW,**

had previously been convicted as follows:

1.　　In Pulaski County Circuit Court for Possession of a Controlled Substance with Purpose to Deliver, in criminal case CR-2016-2255; and

2.　　In Pulaski County Circuit Court for Theft of Property, in criminal case CR-2016-1916.

B.　　The crimes set forth in paragraph A above were punishable by a term of imprisonment exceeding one year.

C.　　From on or about September 20, 2017, through on or about December 4, 2017, in the Eastern District of Arkansas, the defendant,

**SIRDALEON ADROW,**

did knowingly possess the following firearm in and affecting commerce, to wit, one Sig Sauer, .40 caliber pistol, bearing serial number EAK068445, thereby violating Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION ONE

Upon conviction of the offense alleged in Count One of this Indictment, the defendant,

**SIRDALEON ADROW,**

shall forfeit to the United States, pursuant to 18 U.S.C. 924(d)(1) and 28 U.S.C. 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following property:

1.) One Sig Sauer, .40 caliber pistol, bearing serial number EAK068445.

2.) Magazines and ammunition seized on December 4, 2017.

[End of text. Signature page to follow.]