IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:17CR00224- DPM |
| | ) | |
| SIRDALEON ADROW | ) | |

## MOTION FOR PRETRIAL RELEASE REVOCATION

The United States of America, by and through its attorney, Cody Hiland, United States Attorney for the Eastern District of Arkansas and Chris Givens, Assistant United States Attorney for said district, moves to revoke defendant SirDaleon Adrow's pretrial release and, in support of its motion, states:

1. The defendant was indicted in May 1, 2018, and released on pretrial conditions following a detention hearing on June 13, 2018. Trial is set for March 25, 2019.

2. Among the conditions of bond was the requirement that the defendant not commit any violations of state, local or federal law, must not use or possess any controlled substances, must not possess any firearms, submit to supervision and report for supervision to the U.S. Probation Office, submit to drug testing as requested by his supervising officer, participate in drug treatment as required by his supervising officer, and maintain regular contact and report to his supervising probation officer.

3. On August 7, 2018, the defendant provided a urine specimen which tested positive for THC and signed an admission form.

4. On August 3, 2018, the defendant's supervising officer received a notification that the Bryant Police Department ran the defendant in ACIC/NCIC. The agency later advised a

warrant was issued for Domestic Battery 3rd Degree and Criminal Mischief 3rd Degree.

5. The information obtained from the Bryant PD stated that an alleged offense occurred on July 7, 2018, where the defendant was the alleged offender. According to the Bryant police report, the defendant's ex-girlfriend, Ravon Allen, reported the defendant kicked in the door to her apartment. Once he entered the apartment, he pulled her out of the bed by her hair. She stated he also hit and kicked her in the head, dragging her by her hair before leaving the residence. The officer noted that Ms. Allen had a busted lip, carpet burn on her right elbow and carpet burn on her knees. The defendant left prior to the officer's arrival. According to Bryant Police records, the defendant reported Allen had cut him on June 27, 2018. The officer noted a gash on his left shoulder that appeared to be from a box cutter or a razor blade. The defendant did not want to pursue charges. Ms. Allen had left the scene prior to officers' arrival. The defendant did not alert his supervising officer of the police contact or of either incident until questioned about it.

6. On August 6, 2018, the defendant turned himself in on the warrant as directed. The defendant was released on personal recognizance on August 7, 2018. His next court appearance is scheduled for September 20, 2018, in Saline County District Court.

**THEREFORE**, based on the defendant's violations of pretrial release as described above, the United States moves that a summons for the defendant be issued and the defendant appear before this court to show cause why his conditions of release should not be revoked.

CODY HILAND
United States Attorney

*/s/ Chris Givens*

By CHRIS GIVENS
Bar No. 2009194
Assistant U. S. Attorney
P. O. Box 1229
Little Rock, AR   72203
501-340-2619
Chris.Givens@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of August, 2018, that I filed the foregoing with the district court's electronic filing system and same will forward a copy to the defendant's attorney of record.

*/s/ Chris Givens*
CHRIS GIVENS
Assistant U. S. Attorney