IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:18CR00224- DPM |
| | ) | |
| SIRDALEON ADROW | ) | |

**MOTION TO WITHDRAW MOTION TO REVOKE**

The United States of America, by and through its attorney, Cody Hiland, United States Attorney for the Eastern District of Arkansas and Chris Givens, Assistant United States Attorney for said district, in support of its motion, states:

1. On August 14, 2018, the undersigned counsel for the United States filed a Motion to Revoke (Docket #22). The hearing on the Motion to Revoke is currently scheduled for August 27, 2018, 2018 at 2:00 pm.   The United States moves to Withdraw Motion to Revoke (Docket #22)

**THEREFORE**, the United States' requests that the Motion to Revoke withdrawn.

CODY HILAND
United States Attorney

*/s/ Chris Givens*

By CHRIS GIVENS
Bar No. 2009194
Assistant U. S. Attorney
P. O. Box 1229
Little Rock, AR   72203
501-340-2619
Chris.Givens@usdoj.gov

1

## CERTIFICATE OF SERVICE

      I hereby certify that on this 27th day of August, 2018, that I filed the foregoing with the district court's electronic filing system and same will forward a copy to the defendant's attorney of record.

                                      */s/ Chris Givens*
                                      CHRIS GIVENS
                                      Assistant U. S. Attorney